Law Offices of
HERNANDEZ & HAMILTON, PC
The Johnson House Offices
455 West Paseo Redondo
Tucson, Arizona 85701-8254
CLAY HERNANDEZ (AZ 010917)
Email: *Clay@Hernandez-Hamilton.com*
Telephone: (520) 882-8823
Fax: (520) 882-8414
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>  Plaintiff,<br><br>vs.<br><br>Kenneth Wayne Olmos,<br>  Defendant. | Case No. CR16-747-MMA<br><br>**DECLARATION OF SURETY IN SUPPORT OF MODIFICATION OF BOND** |

I, Kenneth W. Olmos, hereby declare:

1) I, Kenneth W. Olmos, am the father of Kenneth Wayne Olmos, Jr and the surety on his bond.

2) I am aware that Kenneth Wayne Olmos, Jr needs to travel to Nogales, Sonora, Mexico to visit his elderly grandfather, from May 19, 2017 through May 22, 2017.

3) I support and agree to a modification of the conditions of his bond to allow him to travel to Nogales, Sonora, Mexico, from May 19, 2017 through May 22, 2017.

4) I understand all other conditions of the bond will remain in force an effect.

1

I declare under penalty that the foregoing is true and correct. Executed on this day of 10th day of May, 2017, in Tucson, AZ.

RESPECTFULLY SUBMITTED this 10th day of May, 2017.

*[signature]*
KENNETH W. OLMOS
Declarant

# CERTIFICATE OF SERVICE

I, Clay Hernandez, do hereby certify that on this 10th day of May, 2017, I electronically transmitted the forgoing documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was sent to the following recipients:

Sherri W. Hobson, Assistant
United States Attorney's Office

Alex Sandoval
United States Pre-Trial Officer

Christina Verdugo
United States Pre-Trial Officer-Tucson

Clay Hernandez
Attorney for Defendant Olmos

Joshua F. Hamilton
Attorney for Defendant Olmos

By /s/ *CLAY HERNANDEZ*
    CLAY HERNANDEZ

1  Law Offices of
   HERNANDEZ & HAMILTON, PC
2  The Johnson House Offices
   455 West Paseo Redondo
3  Tucson, Arizona 85701-8254
   CLAY HERNANDEZ (AZ 010917)
4  Email: Clay@Hernandez-Hamilton.com
   Telephone: (520) 882-8823
5  Fax: (520) 882-8414
   Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| United States of America,<br>Plaintiff,<br><br>vs.<br><br>Kenneth Wayne Olmos,<br>Defendant. | Case No. CR16-747-MMA<br><br>**DECLARATION OF SURETY IN SUPPORT OF MODIFICATION OF BOND** |
|---|---|

I, Linda Lou Holifield, hereby declare:

1) I Linda Lou Holifield, of AAA Southern Arizona Bonding Service, is the surety on his bond.

2) I am aware that Kenny Olmos needs to travel to Nogales, Sonora, Mexico. to visit his elderly grandfather, from May 19, 2017 through May 22, 2017.

3) I support and agree to a modification of the conditions of his bond to allow him to travel to Nogales, Sonora, Mexico, from May 19, 2017 through May 22, 2017.

4) I understand all other conditions of the bond will remain in force an effect.

1  I declare under penalty that the foregoing is true and correct. Executed on
2  this day of _10th_ day of May, 2017, in Tucson, AZ.
3
4
5  RESPECTFULLY SUBMITTED this _10th_ day of May, 2017.
6
7
8
9  _Linda Lou Holifield_
   LINDA LOU HOLIFIELD
10 Declarant

2

## CERTIFICATE OF SERVICE

I, Clay Hernandez, do hereby certify that on this 10th day of May, 2017, I electronically transmitted the forgoing documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was sent to the following recipients:

Sherri W. Hobson, Assistant
United States Attorney's Office

Alex Sandoval
United States Pre-Trial Officer

Christina Verdugo
United States Pre-Trial Officer-Tucson

Clay Hernandez
Attorney for Defendant Olmos

Joshua F. Hamilton
Attorney for Defendant Olmos

By /s/ *CLAY HERNANDEZ*
   CLAY HERNANDEZ

3